# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Angela Steinhardt, *Plaintiff,* v. albertAI.click, Lena Doe, and John Does 1 – 20, *Defendants.* | Case No. 1:25-cv-00303-MJT **Declaration of Marshal Hoda** |

I, Marshal Hoda, state and swear as follows.

1. My name is Marshal J. Hoda. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein. I represent the plaintiff in this matter, Angela Steinhardt.

2. I personally reviewed Plaintiffs' Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery, which sets out facts and offers argument as to why the Court should enter a freezing order in this case without notice to the defendants. I verify the statements set out there and urge the Court to grant the Motion for the same reasons.

- 2 -

## SIGNATURE PAGE

I hereby swear, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

_____
Marshal Hoda
Attorney & Founder
The Hoda Law Firm, PLLC

June 16, 2025