UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ANGELA STEINHARDT, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:25-CV-00303 |
| ALBERTAI.CLICK, LENA DOE, | § | JUDGE MICHAEL J. TRUNCALE |
| JOHN DOES 1 – 20, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Before the Court is a Motion to Extend Temporary Restraining Order ("TRO") submitted by Plaintiff Angela Steinhardt. On June 17, 2025, the Court entered a 14-day TRO ordering the freezing of cryptocurrency exchange accounts holding assets that Plaintiff alleges were stolen from her by the Defendants. Dkt. 3. If not extended, the TRO will expire on July 1, 2025.

In the instant Motion, Plaintiff reports that freezes of the targeted accounts at the Binance cryptocurrency exchange were recently implemented. Plaintiff requests a 14-day extension of the TRO so that she might can continue to work with Binance to secure information about the owners associated with the frozen accounts and thereby provide notice of her forthcoming motion for a preliminary injunction. Federal Rule of Civil Procedure 65(b)(2) provides for extension of a temporary restraining order "for good cause." Plaintiff has shown good cause for the extension due to her

- 2 -

need for additional time to secure information about the Binance accountholders and provide notice of the forthcoming motion for preliminary injunction.

Having considered Plaintiff's Motion for Extension of Temporary Restraining Order, the Court hereby GRANTS the same. The TRO is hereby EXTENDED to July 15, 2025.

It is further ORDERED that a Preliminary Injunction Hearing is set before this Honorable Court on _____, in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beamont, Texas. If Plaintiff chooses not to proceed with a motion for preliminary injunction, the TRO will dissolve as per the terms of this Order on July 15, 2025, and the hearing will be canceled.

- 3 -

Dated: June 30, 2025                    Prepared By:

                                        THE HODA LAW FIRM, PLLC

                                        /s/ M. Hoda

                                        _____
                                        Marshal J. Hoda, Esq.
                                        Tx. Bar No. 2411009
                                        3120 Southwest Fwy
                                        Ste 101 PMB 51811
                                        Houston, TX 77098
                                        o. (832) 848-0036
                                        marshal@thehodalawfirm.com

                                        *Attorney for Plaintiff*

- 3 -