IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ANGELA STEINHARDT,<br><br>    *Plaintiff*,<br><br>VS.<br><br>ALBERTAI.CLICK, LENA DOE, and<br>JOHN DOES 1 – 20,<br><br>    *Defendants*. | §<br>§<br>§<br>§   CIVIL ACTION NO. 1:25-CV-00303<br>§   JUDGE MICHAEL J. TRUNCALE<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Before the Court is a Motion to Extend Temporary Restraining Order ("TRO") submitted by Plaintiff Angela Steinhardt. [Dkt. 4]. On June 16, 2025, the Court entered a 14-day TRO ordering the freezing of cryptocurrency exchange accounts holding assets that Plaintiff alleges were stolen from her by the Defendants. [Dkt. 3]. If not extended, the TRO will expire on June 30, 2025.

In the instant Motion, Plaintiff reports that freezes of the targeted accounts at the Binance cryptocurrency exchange were recently implemented. Plaintiff requests a 14-day extension of the TRO so that she can continue to work with Binance to secure information about the owners associated with the frozen accounts and thereby provide notice of her forthcoming motion for a preliminary injunction. Federal Rule of Civil Procedure 65(b)(2) provides for extension of a temporary restraining order "for good cause." Plaintiff has shown good cause for the extension due to her need for additional time to secure information about the Binance accountholders and provide notice of the forthcoming motion for preliminary injunction.

Having considered Plaintiff's Motion for Extension of Temporary Restraining Order [Dkt. 4], the Court hereby **GRANTS** the same. The TRO is hereby **EXTENDED** to July 14, 2025.

It is further **ORDERED** that a Preliminary Injunction Hearing is set before this Honorable Court on **July 9, 2025 at 9:00 a.m.** in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow

Street, Beaumont, Texas. If Plaintiff chooses not to proceed with a motion for preliminary injunction, the TRO will dissolve as per the terms of this Order on **July 14, 2025**, and the hearing will be canceled.

**SIGNED this 30th day of June, 2025.**

_____
Michael J. Truncale
United States District Judge