## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: BEAUMONT | § | DATE:  07/08/2025 |
| | § | |
| DISTRICT JUDGE: MICHAEL J. TRUNCALE | § | COURT REPORTER: April Hargett |
| | § | |
| | § | CIVIL NO.:   1:25CV303 |
| | § | |
| **ANGELA STEINHARDT** | § | C/R DEPUTY: Kimberly Race |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **albertAI.click,  ET.  AL.** | § | |
| *Defendant* | | |

Begin:  1:13 PM
Adjourn: 2:09  PM
Total Time in Court:   56 Minutes

Attorneys for Plaintiff:  Marshal J. Hoda
Attorneys for Defendant:   None Present
Law Clerk:  Sophie Nelson

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING
PROCEEDINGS WERE HAD:  **MOTION FOR PRELIMINARY INJUNCTION**

1:13 PM    On the record.   Plaintiff's counsel makes announcement and calls ready to proceed.

Plaintiff's counsel gives summary of matter and argues for preliminary injunction.

1:54 PM    Counsel requests to mark and enter exhibits submitted to Court this morning afternoon.

Court marks and enters exhibits submitted in support of motion.

2:08 PM    Court will issue written order in due time.

2:09 PM    Court adjourned.

DAVID O'TOOLE, CLERK

/s/ Kimberly Race

Deputy Clerk