AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   TEXAS

| Angela Steinhardt | **PLAINTIFF EXHIBIT LIST** |
| V. | |
| albertAI.click, et. al. | Case Number: 1:25CV00303 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael J. Truncale | Marshal J. Hoda | None |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| None | April Hargett | Kimberly Race |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 07/09/2025 | X | X | Cole Declaration |
| 1-A | | 07/09/2025 | X | X | Proofpoint Study on Employment-Related Pig Butchering Scams |
| 1-B | | 07/09/2025 | X | X | Lukka Investigator Blockchain Tracing Report |
| 1-C | | 07/09/2025 | X | X | Chainalysis Reactor Blockchain Tracing Graph |
| 2 | | 07/09/2025 | X | X | Hoda Declaration |
| 2-A | | 07/09/2025 | X | X | Notice of Hearing to domdom007haha@gmail.com |
| 2-B | | 07/09/2025 | X | X | Notice of Hearing to Lena Doe |
| 2-C | | 07/09/2025 | X | X | Notice of Hearing to Ashley Doe |
| 2-D | | 07/09/2025 | X | X | Notice of Hearing to AlbertAI Finance |