Exhibit 1-B
# Blockchain Tracing Report



**Case Name:** Steinhardt
**Tracking Name:** Steinhardt DOF ETH Tracking
**Tracking ID:** f74ce514-3571-4acb-b1ea-9f680b9953d8

By Address

| Destination Address | Owner Name (Destination Address) | Stop Reason Additional information | Confirmed by all tracking methods | Blockchain | Asset Name | Assets Traced (average across all tracking methods; per Asset Type) | Assets Traced Inflow Start Time (across all tracking methods, UTC) | Assets Traced Inflow End Time (across all atracking methods, UTC) |
|---|---|---|---|---|---|---|---|---|
| 22ce84a7f86662b78e49c6ec9e51d60fdde7b70a | Bitget | Exchange \| Other Organization \| Paym | Yes | ETH | USDCoin | 100,800.01201200 | 2025-03-18 02:52:11 | 2025-03-18 02:57:11 |
| c66aa76e224768e3f6beb6dcb31f9ad3abdf82a6 | Coinbase | Exchange \| Payment Service \| Other O | Yes | ETH | USDCoin | 20,000.00000000 | 2025-02-22 03:20:23 | 2025-02-22 03:20:23 |

## Destination Transactions



**Case Name:** Steinhardt
**Tracking Name:** Steinhardt DOF-ETH Tracking
**Tracking ID:** f74ce614-3571-4ccb-b1ca-9f68009953d8

| Transaction Hash | Owner Name (Destination Address) | Destination Address | Blockchain | Asset Name | Confirmed by all tracking methods | Transaction Date (UTC) | Assets Traced (average across all tracking methods; per Asset Type) |
|---|---|---|---|---|---|---|---|
| b4f1c7058ea35690087114f5058ab5b381ce190f8dc072ff6504e722beceec7e | Bitget | 22ce84a7f86662b78e49c6ec9e51d60fdde7b70a | ETH | USDCoin | Yes | 2025-03-18 02:52:11 | 50,000.00000000 |
| 6d1305207103561117cb450ef12362e104722ba8186bfd8f4382277713705c0a | Bitget | 22ce84a7f86662b78e49c6ec9e51d60fdde7b70a | ETH | USDCoin | Yes | 2025-03-18 02:57:11 | 50,800.01201200 |
| 4cfa7699ade24901b9ae36b6c40fe93b0fb1e8936ac9b676e67ad54df050b92d | Coinbase | c66aa76e224768e3f6beb6dcb31f9ad3abdf82a6 | ETH | USDCoin | Yes | 2025-02-22 03:20:23 | 20,000.00000000 |