Exhibit 1-C
**Blockchain Tracing Graph**

