Monday, July 7, 2025 at 11:50:04 AM Central Daylight Time

**Subject:** Re: Inquiry Regarding Frozen Binance Account - Binance Case ID #144025734
**Date:** Thursday, July 3, 2025 at 1:48:45 PM Central Daylight Time
**From:** Marshal Hoda <marshal@thehodalawfirm.com>
**To:** ศุภกร แซ่ฉั่ว <domdom007haha@gmail.com>, Evan Cole <evan@thehodalawfirm.com>

Greetings,

We believe you may be referring to a Binance account freeze implemented in one of our recent cases. The case is: *Steinhardt v. AlbertAI, et al.*, Case No. 1:25-cv-00303-MJT.

The plaintiff has requested a preliminary injunction freezing certain accounts that she alleges received assets that were stolen from her. A hearing on this motion will take place on July 9, 2025, at 9:00am, at the Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.

You can view the public docket, including Plaintiff's Motion for Preliminary Injunction, at the following link: https://www.courtlistener.com/docket/70500080/steinhardt-v-albertaiclick.

Best,
Marshal Hoda
Attorney & Founder
The Hoda Law Firm, PLLC

**From:** ศุภกร แซ่ฉั่ว <domdom007haha@gmail.com>
**Date:** Thursday, July 3, 2025 at 4:51 AM
**To:** Evan Cole <evan@thehodalawfirm.com>, Marshal Hoda <marshal@thehodalawfirm.com>
**Subject:** Inquiry Regarding Frozen Binance Account - Binance Case ID #144025734

**Dear Mr. Cole and Mr. Hoda,**

I am writing to you following the instruction I received from Binance Customer Support on their official chat platform. My case ID is #144025734.

I was informed that my Binance account has been frozen as it is under investigation by law enforcement. To the best of my knowledge, I have not been involved in any wrongful activities.

Could you please provide me with more details regarding this case and inform me of the necessary steps required from my side to cooperate with the investigation and work towards resolving this matter?

For your reference, my Binance Case ID is #144025734. Please let me know if you require further information from me.

Thank you for your attention to this matter.