**Ashley Doe**   

**Thursday**

🔒 Messages and calls are end-to-end encrypted. Only people in this chat can read, listen to, or share them. **Click to learn more.**

 **Steinhardt v. albertAI.click, 1:25-cv-00303 - CourtListener.com**
Docket for Steinhardt v. albertAI.click, 1:25-cv-00303 — Brought to you by Free Law Project, a non-profit dedicated to creating high quality open legal inform…
courtlistener.com

You have been sued in the United States District Court for the Eastern District of Texas. The case is: Steinhardt v. AlbertAI, et al., Case No. 1:25-cv-00303-MJT.

The plaintiff has requested a preliminary injunction freezing certain accounts that she alleges received assets that were stolen from her. A hearing on this motion will take place on July 9, 2025, at 9:00am, at the Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.

You can view the public docket, including Plaintiff's Motion for Preliminary Injunction, at the following link: https://www.courtlistener.com/docket/70500080/steinhardt-v-albertaiclick.     1:46 PM ✓✓