UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Angela Steinhardt, | |
| *Plaintiff*, | Case No. 1:25-cv-00303 |
| v. | |
| albertAI.click, *et al.*, | **Plaintiff's Motion for Entry of Protective Order** |
| *Defendants*. | |

Plaintiff Angela Steinhardt hereby moves the Court for entry of a Protective Order in the form as attached in Exhibit A.

Nonparty Binance Ltd. has requested entry of this Order prior to production of documents responsive to Plaintiff's prior subpoena.

- 2 -

Dated:  September 12, 2025                    Respectfully submitted,

                                                                               THE HODA LAW FIRM, PLLC

/s/ M. Hoda
_____
Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy. Ste. 101
PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*